UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JANE DOE,

        Plaintiff,

v.

CHD RACINE HOTEL LLC;
BROOKLYN DEPREZ; ROGIEROSS CALMA;
JOHN DOES 1-10,
ABC INSURANCE COMPANY; and
XYZ INSURANCE COMPANY,

        Defendant.

Case No.: 23-cv-0020

Jury Trial Demanded

## SUMMONS

THE STATE OF WISCONSIN

        To Each person Named Above as a Defendant:

You are hereby notified that the plaintiff(s) named above have filed a lawsuit or other legal action against you in the Eastern District of Wisconsin.

        Within 40 days after **April 10, 2023**, you must respond with a written demand for a copy of the complaint. The demand must be sent or delivered to the court, whose address is Clerk of Court, Eastern District of Wisconsin, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202 and to Plaintiff's attorney, whose address is: Nathaniel Cade, Jr., Cade Law Group LLC, P.O. Box 170887, Milwaukee, WI 53217. You may have an attorney help or represent you.

        If you do not demand a copy of the complaint within 40 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect

in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated this 7th day of April, 2023.

**CADE LAW GROUP LLC**

By: s/Nathaniel Cade, Jr.
Nathaniel Cade, Jr., SBN 1028115
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com

Attorneys for Plaintiff