# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

JANE DOE,

    Plaintiff,

v.

CHD RACINE HOTEL LLC;
BROOKLYN DEPREZ; ROGIEROSS
CALMA; JOHN DOES 1-10,
ABC INSURANCE COMPANY; DEF
INSURANCE COMPANY and
XYZ INSURANCE COMPANY,

    Defendant.

Case No.: 23-CV-0020

Jury Trial Demanded

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Jane Doe and Defendants CHD Racine Hotel LLC, Brooklyn DePrez, Rogieross Calma, John Does -10, ABC Insurance Company, DEF Insurance Company and XYZ Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties stipulate and agree that all claims filed in this action are dismissed with prejudice and that each Party shall bear their own costs and attorney fees.

Dated this 16th day of August, 2023.

          **CADE LAW GROUP, LLC**
          Attorneys for Plaintiff

By:    *s/Nathaniel Cade, Jr.*
       Nathaniel Cade, Jr.
       Antonique C. Williams
       Annalisa Pusick
       P.O. Box 170887
       Milwaukee, WI 53217
       (414) 255-3802 (phone)
       nate@cade-law.com
       antonique@cade-law.com
       annalisa@cade-law.com

           **LINDER & MARSACK, S.C.**
           Attorneys for Defendant,
           CHD Racine Hotel LLC

By:   *s/Daniel J. Finerty*
        Daniel J. Finerty
        Samantha J. Wood
        411 E. Wisconsin Ave.
        Suite 1800
        Milwaukee, WI 53202-4498
        (414) 273-3910 (phone)
        dfinerty@linder-marsack.com
        swood@lindner-marsack.com

        **DEVINE & HAHN, S.C.**
        Attorneys for Defendant,
        Rogieross Calma

By:   *s/Thomas Devine*
        Thomas Devine
        840 Lake Avenue
        Suite 300
        Racine, WI 53403
        (262) 632-7541
        tdevine@devinehahn.com